IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| EPIC TECH, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:15-CV-252 |
| STHR GROUP, LLC, et al., | ) | |
| Defendants. | ) | |

### ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on December 7, 2015, was served on the parties in this action. No objections were filed. The Court has reviewed the Magistrate Judge's Recommendation and agrees with it. The Recommendation is adopted in full.

It is **THEREFORE ORDERED** that the motions to dismiss filed by defendants DDDB, LLC, (Doc. 67), Falcon Technologies, LLC, (Doc. 69), and Richard Schappel, (Doc. 78), are **DENIED**.

This the 31st day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE